1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11

CAPITAL HEATING & COOLING,
INC., a Washington corporation,

No. 2:25-cv-00028-RSM

12

Plaintiff,

**ORDER OF DISMISSAL ON
STIPULATION**

13

v.

14
15

PERRY FIBERGLASS PRODUCTS,
INC., a Florida corporation,

16

Defendant.

17      Pursuant to the stipulation of dismissal among Capital Heating & Cooling, Inc. and Perry

18   Fiberglass Products, Inc. and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

19   this action is dismissed with prejudice and without an award of costs, attorney fees, or expenses

20   to any party.

21      IT IS SO ORDERED.

22      DATED this 3rd day of November, 2025.

23
24
25

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

26
27
28